

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeffrey Wayne Harper, Appellant

No. 06-17-00036-CR        v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14743). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney's fees for Harper's court-appointed counsel and to reflect that Harper pled "not guilty" to the offense. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jeffrey Wayne Harper, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk